**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric S. Valero, ) | CV 08-0764-PHX-SMM |
|       Plaintiff, ) | **ORDER** |
| v. ) | |
| Sprouts Farmers Markets, LLC., ) | |
|       Defendant. ) | |

I hereby recuse myself from the above-captioned matter and refer this case to the Clerk of Court to be reassigned, by random lot, to another judge in the District of Arizona.

Therefore,

**IT IS HEREBY ORDERED** that this matter has been reassigned by the Clerk of Court, by random lot, to the **Honorable Susan R. Bolton.** All future pleadings and papers submitted for filing shall bear the following complete case number: **CV 08-0764-PHX-SRB.**

DATED this 24th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge

cc: SRB